# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2020

160242

KEITH BRONNER,
             Plaintiff,
and

ANGELS WITH WINGS TRANSPORT, LLC,
        Intervening Plaintiff,

v

CITY OF DETROIT,
        Defendant/Third-Party Plaintiff-
        Appellant,
and

GFL ENVIRONMENTAL USA, INC., f/k/a
RIZZO ENVIRONMENTAL SERVICES,
        Third-Party Defendant-Appellee.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160242
COA: 340930
Wayne CC: 15-013452-NF

On order of the Court, the application for leave to appeal the July 9, 2019 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the Court of Appeals erred in holding that the no-fault insurance act, MCL 500.3101 *et seq*., precluded the City of Detroit from seeking contractual indemnification from GFL Environmental USA, Inc. for the City's payment of personal protection insurance (PIP) benefits. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2020



Clerk

b0630